

**Bobby Akles HILL**

v.

**ALABAMA BD. OF PARDONS & PAROLES**

CR-13-1312

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Tony Lashawn HAYES**

v.

**STATE**

CR-13-1319

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Jason Christopher GENTLE**

v.

**STATE**

CR-13-1321

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Cody Michael HILLIARD**

v.

**STATE**

CR-13-1335

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**M.D.D.**

v.

**STATE**

CR-13-1336

Court of Criminal Appeals of Alabama.

01/30/2015

Reversed and remanded

